

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00211-CR

_____

**MELVIN LEE SANDERS, III,**

**Appellant**

v.

**THE STATE OF TEXAS,**

**Appellee**

_____

**From the 18th District Court**
**Johnson County, Texas**
**Trial Court No. F47748**

_____

## O R D E R

_____

Appellant's brief was filed on March 11, 2015. The Court notes that appellant's brief, contains sensitive data, i.e. the name of the child who was the victim and a minor at the time the offense was committed, in violation of Rule 9.10(a)(3), (b) of the Texas Rules of Appellate Procedure.

Accordingly, the Court strikes appellant's brief. Appellant must submit a new brief without the victim's name in accordance with Rule 9.10(c) of the Texas Rules of Appellate Procedure within 14 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appellant's brief stricken
Order issued and filed March 19, 2015

